FILED

05/21/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0518

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## DA 20-0518

THERESA CARBAH,

      Petitioner and Appellee,

  and

CHRISTOPHER CARBAH,

      Respondent and Appellant.

## ORDER

Appeal from Cause No. DR 18-100 in the Sixth Judicial District Court of Montana, Park County, Judge Brenda Gilbert

Karl Knuchel
Knuchel & Oden, P.C.
101 North E Street, P.O. Box 953
Livingston, MT  59047
(406) 222-0135
karl@knuchelpc.com

*Counsel for Respondent and*

*Appellant*

Kirsten Mull Core
Kirsten Mull Core P.C.
1700 W Koch St. #9
Bozeman Mt, 59715
(406) 556-8485
Kirsten@mullcorepc.com

*Counsel for Petitioner and*

*Appellee*

1

Counsel for Appellant has filed an unopposed motion for an extension of time until June 23, 2021, upon which to file his reply brief.

The Court notes that the reply brief was due May 7, 2021.

IT IS HEREBY ORDERED that the 30-day motion for extension is DENIED. Counsel shall have until June 7, 2021, within which to file the reply brief.

No further extensions will be granted.

cc:     Karl Knuchel/Webster Crist
        Kirsten Mull Core